# EXHIBIT INDEX

Exhibit 1      US Patent 6,831,444

Exhibit 2      US Patent 6,928,166

Exhibit 3      US Patent 7,127,210

Exhibit 4      US Patent 7,184,707

Exhibit 5      US Patent 6,885,643

Exhibit 6      Preliminary Claim Chart of Claim 1 of US Patent 6,831,444

Exhibit 7      Preliminary Claim Chart of Claim 1 of US Patent 6,928,166

Exhibit 8      Preliminary Claim Chart of Claim 20 of US Patent 7,127,210

Exhibit 9      Preliminary Claim Chart of Claim 1 of US Patent 7,184,707

Exhibit 10     Preliminary Claim Chart of Claim 1 of US Patent 6,885,643