# **EXHIBIT 6**

# US Patent 6,831,444 Versus Chrysler Hybrid/Electric Vehicle (2018 Pacifica Hybrid)



*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,831,444 by Uconnect*

1. A device comprising:

   a battery which supplies power to a communication section which communicates with an information processing apparatus;

   means for receiving, from the information processing, apparatus, a setting information representing at least one of a notifying method for information about remaining energy of said battery, or level of remaining energy of said battery at which a warning is to be displayed on the information processing apparatus; and

   means for storing the received setting information; and

   means for detecting a remaining energy of said battery; and

   means for transmitting, to the information processing apparatus, information about the remaining energy of said battery on the basis of the received setting information.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,831,444 by Uconnect*

| Claim 1 | |
|---|---|
| A device comprising: a battery which supplies power to a communication section which communicates with an information processing apparatus; | Source: https://cdn.dealereprocess.net/cdn/servicemanuals/chrysler/2018-pacificahybrid.pdf  Page 36 |

3

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,831,444 by Uconnect*

| Claim 1 | |
|---|---|
| **means for receiving,** from the information processing apparatus, a setting information | Source: https://www.factoryradioparts.com/products/2013-2014-2015-2016-jeep-grand-cherokee-summit-trailhawk-srt-latitude-ram-1500-2500-3500-4500-5500-uconnect-8-4a-vp3-ra3-na-radio-infotainment-module  {Red box is a "Sierra Wireless" wireless module for cellular/Bluetooth, etc., plus antenna cable shown} |

| Claim 1 | |
|---|---|
| means for receiving, from the information processing apparatus, a setting information | Source: https://www.chrysler.com/uconnect/connectivity.html  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,831,444 by Uconnect*

| Claim 1 | |
|---|---|
| representing at least one of a notifying method for information about remaining energy of said battery, <br><br> or level of remaining energy of said battery at which a warning is to be displayed on the information processing apparatus; and | |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,831,444 by Uconnect*

| Claim 1 | |
|---|---|
| means for storing the received setting information; and | Source: https://www.factoryradioparts.com/products/2013-2014-2015-2016-jeep-grand-cherokee-summit-trailhawk-srt-latitude-ram-1500-2500-3500-4500-5500-uconnect-8-4a-vp3-ra3-na-radio-infotainment-module  Source: https://www.prnewswire.com/news-releases/all-new-2017-chrysler-pacifica-hybrid-offers-technology-features-to-help-drivers-maximize-efficiency-300377924.html <br><br>**Uconnect Access App**<br>The Uconnect Access app for the Pacifica Hybrid delivers remote access to the vehicle's sophisticated technology, enabling customers to get the most from their ownership experience and making life simpler along the way. With the click of the app on their smartphone, owners can check the state of charge of their vehicle's battery, along with vehicle range and estimated time to full recharge. They can also get charge status updates, see if their Pacifica Hybrid is plugged in and also schedule when they want it to charge. The Uconnect Access app can display the locations of charging stations and their availability, in real time. As with the Uconnect Access app for other FCA US LLC vehicles, the smartphone app for the Pacifica Hybrid also allows customers to remotely lock and unlock the vehicle, remotely start the vehicle, send destinations to the Uconnect navigation with Send 'n Go, and more. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,831,444 by Uconnect*

| Claim 1 | |
|---|---|
| means for detecting a remaining energy of said battery; and | Source: https://cdn.dealereprocess.net/cdn/servicemanuals/chrysler/2018-pacificahybrid.pdf Page 34 <br><br> **Number Of Indicator Lights Illuminated** / **Percent Of Battery Charge** <br> 1st light blinks / 0 – 20% <br> 1st light ON, second light blinks / 21 – 40% <br> 1st and 2nd lights ON, 3rd light blinks / 41 – 60% <br> 1st, 2nd, and 3rd light ON, 4th light blinks / 61 – 80% <br> 1st, 2nd, 3rd, and 4th light ON, 5th light blinks / 81 – 99% <br> All 5 lights ON / 100% <br> Two outer lights are blinking / Indicates an error in the charging process. |

8

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,831,444 by Uconnect*

| Claim 1 | |
|---|---|
| means for transmitting, to the information processing apparatus, | Source: https://www.factoryradioparts.com/products/2013-2014-2015-2016-jeep-grand-cherokee-summit-trailhawk-srt-latitude-ram-1500-2500-3500-4500-5500-uconnect-8-4a-vp3-ra3-na-radio-infotainment-module <br><br>  <br><br> {Green box is a "Sierra Wireless" wireless module for cellular/Bluetooth, etc., plus antenna cable shown} |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,831,444 by Uconnect*

| Claim 1 | |
|---|---|
| information about the remaining energy of said battery on the basis of the received setting information. | |