# **EXHIBIT 7**

# US Patent 6,928,166 Versus Chrysler Uconnect (3 and 4)



1. An authentication processing apparatus of a radio communication which authenticates a device, the apparatus comprising:

means for acquiring an external factor which is associated with a security level;

means for selecting a security level from a plurality of security levels in accordance with the external factor;

means for receiving a request for an authentication and authentication information from the device;

means for checking whether the received information from the device is valid or not depending on the selected security level; and

means for sending a response of the check result which authenticates or rejects the device thereto.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by Uconnect*

| Claim 1 | |
|---|---|
| 1. An authentication processing apparatus of a radio communication which authenticates a device, the apparatus comprising: | Source: https://www.brownsjeepchryslerdodge.com/how-to-pair-your-phone-to-uconnect/<br>"How-To Pair Your Phone to UConnect"<br><br>https://www.factoryradioparts.com/products/2013-2014-2015-2016-2017-2018-uconnect-with-8-4inch-touch-screen-vp4-ra4-na-radio<br><br>https://www.factoryradioparts.com/products/2013-2014-2015-2016-jeep-grand-cherokee-summit-trailhawk-srt-latitude-ram-1500-2500-3500-4500-5500-uconnect-8-4a-vp3-ra3-na-radio-infotainment-module |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by Uconnect*

| Claim 1 | |
|---|---|
| **means** for acquiring an external factor which is associated with a security level; |  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by Uconnect*

| Claim 1 | |
|---|---|
| means for acquiring an external factor which is associated with a security level; | Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/ <br><br> [Diagram: Initiator and Responder exchanging messages over Established LL connection — (Optional) Security_Request, Pairing_Request, Pairing_Response — Phase 1] <br><br> Today, we will look at Phase 1: Pairing Feature Exchange. Pairing is the exchange of security features that include things like Input/Output (IO) capabilities, requirements for Man-In-The-Middle protection, etc. The exchange of pairing information between two devices is done through the Pairing Request and Pairing Response packet. The contents of these two messages is shown below in Table 1 Pairing Request/Response. <br><br> [Table 1 Pairing Request/Response with fields: Code (1 Byte), IO Cap (1 Byte), OOB DF (1 Byte), AuthReq (1 Byte) containing BF, MITM, SC, KP, Reserved, Maximum Encryption Key Size (1 Byte), Initiator Key Distribution (1 Byte), Responder Key Distribution (1 Byte); Bits: 8, 8, 8, 2, 1, 1, 1, 3, 8, 8, 8] |

5

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by Uconnect*

| Claim 1 | |
|---|---|
| means for selecting a security level from a plurality of security levels in accordance with the external factor; | Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/<br><br>BF, "Bonding_Flags"<br><br>Bonding is the exchange of long-term keys after pairing occurs, and storing those keys for later use — it is the creation of permanent security between devices. Pairing is the mechanism that allows bonding to occur.<br><br>| Bonding_Flags $b_1 b_0$ | Bonding Type |<br>|---|---|<br>| 00 | No Bonding |<br>| 01 | Bonding |<br>| 10 | Reserved |<br>| 11 | Reserved |<br><br>"MITM"<br><br>MITM is short for "Man-In-The-Middle." This field is a 1-bit flag that is set to one if the device is requesting MITM protection. This blog focuses on the procedure for the pairing feature exchange—if you are interested in MITM, please refer to the Bluetooth Core Specification v4.2, Vol1, Part A, 5.2.3.<br><br>"SC"<br><br>The SC field is a 1-bit flag that is set to one to request LE Secure Connection pairing. The possible resulting pairing mechanisms are if both devices support LE Secure Connections, use LE Secure Connections and otherwise use LE legacy pairing. So this flag is an indicator to determine Phase 2 pairing method. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by Uconnect*

| Claim 1 | |
|---|---|
| means for receiving a request for an authentication and authentication information from the device; | Source: https://www.mopar.com/en-us/technology/bluetooth-pairing.html  |

7

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by Uconnect*

| Claim 1 | |
|---|---|
| means for checking whether the received information from the device is valid or not depending on the selected security level; and | Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/  When the exchange of pairing feature starts, the initiator and responder will exchange their pairing feature information with each other through pairing request and response. With the information, the initiator and responder can determine the I/O capabilities with each other, which pairing mechanism—legacy pairing or secure connection—should be used, and select the pairing method—**Just Work**, **Passkey Entry**, **Numeric Comparison** or **Out of Band**—to use in Phase2. We will explore the details in Part 2: Pairing Method and Key Generation. |

8

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,928,166 by Uconnect*

| Claim 1 | |
|---|---|
| means for sending a response of the check result which authenticates or rejects the device thereto. | Source: https://www.bluetooth.com/blog/bluetooth-pairing-part-1-pairing-feature-exchange/  |