# **EXHIBIT 8**

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Uconnect*

# US Patent 7,127,210 Versus Chrysler Uconnect (3 and 4)



1

20. A communication apparatus comprising:

a unit configured to establish a connection with a first wireless communication apparatus in a first mode; and

a unit configured to control a connection from a second wireless communication apparatus when the connection with the first wireless communication apparatus is established, wherein the control unit sets up a second mode in which, in a state where the connection with the first wireless communication device is established, the communication apparatus is inhibited from establishing a connection with the second wireless communication apparatus with respect to a connection request from the second wireless communication device.

**2**

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Uconnect*

| Claim 20 | |
|---|---|
| 20. A communication apparatus comprising: | Source: https://www.brownsjeepchryslerdodge.com/how-to-pair-your-phone-to-uconnect/<br><br>"How-To Pair Your Phone to UConnect"<br><br><br><br>https://www.factoryradioparts.com/products/2013-2014-2015-2016-2017-2018-uconnect-with-8-4inch-touch-screen-vp4-ra4-na-radio<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Uconnect*

| Claim 20 | |
|---|---|
| a unit configured to establish a connection with a first wireless communication apparatus in a first mode; and | Source: https://www.factoryradioparts.com/products/2013-2014-2015-2016-jeep-grand-cherokee-summit-trailhawk-srt-latitude-ram-1500-2500-3500-4500-5500-uconnect-8-4a-vp3-ra3-na-radio-infotainment-module  Source: https://www.brownsjeepchryslerdodge.com/how-to-pair-your-phone-to-uconnect/ "How-To Pair Your Phone to UConnect"  |

4

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Uconnect*

| Claim 20 | |
|---|---|
| a unit configured to establish a connection with a first wireless communication apparatus in a first mode; and | Source: http://www.fcacanada.ca/owners/en/manuals/2018/2018E-Uconnect_4C_4CNAV_84-Multimedia-1st.pdf (page 58 - 60, "Pair (Link) Uconnect Phone To A Mobile Phone")<br><br>**Pair (Link) Uconnect Phone To A Mobile Phone**<br><br>To begin using your Uconnect Phone, you must pair your compatible Bluetooth enabled mobile phone. Mobile phone pairing is the process of establishing a wireless connection between a cellular phone and the Uconnect system.<br><br>To complete the pairing process, you will need to reference your mobile phone Owner's Manual. Please visit UconnectPhone.com for complete mobile phone compatibility information.<br><br>…<br><br>9. When the pairing process has successfully completed, the system will prompt you to choose whether or not this is your favorite phone. Selecting "Yes" will make this phone the highest priority. This phone will take precedence over other paired phones within range and will connect to the Uconnect system automatically when entering the vehicle. Only one mobile phone and/or one Bluetooth audio device can be connected to the Uconnect system at a time. If "No" is selected, simply select "Uconnect" from the mobile phone/audio device Bluetooth screen, and the Uconnect system will reconnect to the Bluetooth device. |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Uconnect*

| Claim 20 | |
|---|---|
| **a unit** configured to control a connection from a second wireless communication apparatus when the connection with the first wireless communication apparatus is established | Source: https://www.factoryradioparts.com/products/2013-2014-2015-2016-jeep-grand-cherokee-summit-trailhawk-srt-latitude-ram-1500-2500-3500-4500-5500-uconnect-8-4a-vp3-ra3-na-radio-infotainment-module  |

6

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Uconnect*

| Claim 20 | |
|---|---|
| a unit **configured to control a connection** from **a second wireless communication apparatus** when the connection with the first wireless communication apparatus is established | Source: http://www.fcacanada.ca/owners/en/manuals/2018/2018E-Uconnect_4C_4CNAV_84-Multimedia-1st.pdf (page 60, "Pair Additional Mobile Phones")<br><br>60 PHONE MODE<br><br>7. When your mobile phone finds the Uconnect system, select "Uconnect."<br><br>8. When prompted on the mobile phone, accept the connection request from Uconnect Phone.<br><br>NOTE: Some mobile phones will require you to enter the PIN number.<br><br>9. When the pairing process has successfully completed, the system will prompt you to choose whether or not this is your favorite phone. Selecting "Yes" will make this phone the highest priority. This phone will take precedence over other paired phones within range and will connect to the Uconnect system automatically when entering the vehicle. Only one mobile phone and/or one Bluetooth audio device can be connected to the Uconnect system at a time. If "No" is selected, simply select "Uconnect" from the mobile phone/audio device Bluetooth screen, and the Uconnect system will reconnect to the Bluetooth device.<br><br>**Pair Additional Mobile Phones**<br>1. Press the "Pairing" button on the touchscreen from the Phone main screen.<br><br>2. Press the "Paired Phones and Audio Devices" button on the touchscreen.<br>3. Press the "Add Device" button on the touchscreen.<br>4. Search for available devices on your Bluetooth enabled mobile phone. When prompted on the phone, enter the name and PIN shown on the Uconnect screen.<br>5. Uconnect Phone will display an in process screen while the system is connecting.<br>6. When the pairing process has successfully completed, the system will prompt you to choose whether or not this is your favorite phone. Selecting "Yes" will make this phone the highest priority. This phone will take precedence over other paired phones within range.<br><br>NOTE: For phones which are not made a favorite, the phone priority is determined by the order in which it was paired. The latest phone paired will have the higher priority.<br><br>You can also use the following VR commands to bring up the Paired Phone screen from any screen on the radio:<br>• "Show Paired Phones" or |

7

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Uconnect*

| Claim 20 | |
|---|---|
| **wherein the control unit sets up a second mode** in which, in a state where the connection with the first wireless communication device is established | Source: http://www.fcacanada.ca/owners/en/manuals/2018/2018E-Uconnect_4C_4CNAV_84-Multimedia-1st.pdf (page 60, "Pair Additional Mobile Phones")

**60 PHONE MODE**

7. When your mobile phone finds the Uconnect system, select "Uconnect."
8. When prompted on the mobile phone, accept the connection request from Uconnect Phone.

NOTE: Some mobile phones will require you to enter the PIN number.

9. When the pairing process has successfully completed, the system will prompt you to choose whether or not this is your favorite phone. Selecting "Yes" will make this phone the highest priority. This phone will take precedence over other paired phones within range and will connect to the Uconnect system automatically when entering the vehicle. Only one mobile phone and/or one Bluetooth audio device can be connected to the Uconnect system at a time. If "No" is selected, simply select "Uconnect" from the mobile phone/audio device Bluetooth screen, and the Uconnect system will reconnect to the Bluetooth device.

**Pair Additional Mobile Phones**

1. Press the "Pairing" button on the touchscreen from the Phone main screen.
2. Press the "Paired Phones and Audio Devices" button on the touchscreen.
3. Press the "Add Device" button on the touchscreen.
4. Search for available devices on your Bluetooth enabled mobile phone. When prompted on the phone, enter the name and PIN shown on the Uconnect screen.
5. Uconnect Phone will display an in process screen while the system is connecting.
6. When the pairing process has successfully completed, the system will prompt you to choose whether or not this is your favorite phone. Selecting "Yes" will make this phone the highest priority. This phone will take precedence over other paired phones within range.

NOTE: For phones which are not made a favorite, the phone priority is determined by the order in which it was paired. The latest phone paired will have the higher priority.

You can also use the following VR commands to bring up the Paired Phone screen from any screen on the radio:
- "Show Paired Phones" or

*Note: The "No" at the bottom of step 9 ("Pair a Mobile Phone") also applies to the bottom of Step 6 ("Pair Additional Mobile Phone"), where an added/second phone is blocked by the use of a first phone if "No" is selected for "highest priority".* |

*Preliminary Claim Chart Showing Infringement of Claim 20 of the U.S. Patent No. 7,127,210 by Uconnect*

| Claim 20 | |
|---|---|
| the communication apparatus is inhibited from establishing a connection with the second wireless communication apparatus with respect to a connection request from the second wireless communication device. | Source: http://www.fcacanada.ca/owners/en/manuals/2018/2018E-Uconnect_4C_4CNAV_84-Multimedia-1st.pdf (page 60, "Pair Additional Mobile Phones")<br><br>[Excerpt from page 60, PHONE MODE, showing steps 7–9 and "Pair Additional Mobile Phones" instructions. Highlighted text: "Only one mobile phone and/or one Bluetooth audio device can be connected to the Uconnect system at a time."]<br><br>*Also, a phone paired initially could comprise a "second wireless communication apparatus " and another phone paired later could comprise a "first wireless communication apparatus".* |

9