# **EXHIBIT 9**

# US Patent 7,184,707 Versus Chrysler Uconnect (3 and 4)



*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by Uconnect*

1. A communication device, comprising:

   a radio communication module configured to exchange data with a target communication terminal over a network;

   a service information memory configured to store service information so that predetermined functions can be performed with the target communication terminal;

   a communication control information designating module configured to designate, by a user of the communication device, communication conditions for a newly established radio communication connection with the target communication terminal or for discriminating a disconnection of an existing radio communication connection with the target communication terminal;

   a memory configured to store the communication conditions designated by the communication control information designating module; and

   a communication control module configured to determine whether the radio communication connection with the target communication terminal is in a connection status or a disconnection status based on the communication controlling information stored in the memory, and performing communication through the radio communication module by using service information read from the service information memory in accordance with the determination result.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by Uconnect*

| Claim 1 | |
|---|---|
| 1. A communication device, comprising: | Source: https://www.brownsjeepchryslerdodge.com/how-to-pair-your-phone-to-uconnect/<br><br>"How-To Pair Your Phone to UConnect"<br><br><br><br>https://www.factoryradioparts.com/products/2013-2014-2015-2016-2017-2018-uconnect-with-8-4inch-touch-screen-vp4-ra4-na-radio   |

3

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by Uconnect*

| Claim 1 | |
|---|---|
| a radio communication module configured to exchange data with a target communication terminal over a network; | Source: https://www.factoryradioparts.com/products/2013-2014-2015-2016-jeep-grand-cherokee-summit-trailhawk-srt-latitude-ram-1500-2500-3500-4500-5500-uconnect-8-4a-vp3-ra3-na-radio-infotainment-module  Source: https://www.brownsjeepchryslerdodge.com/how-to-pair-your-phone-to-uconnect/ "How-To Pair Your Phone to UConnect"  |

4

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by Uconnect*

| Claim 1 | |
|---|---|
| **a service information memory** configured to store service information so that predetermined functions can be performed with the target communication terminal; | Source: https://www.factoryradioparts.com/products/2013-2014-2015-2016-jeep-grand-cherokee-summit-trailhawk-srt-latitude-ram-1500-2500-3500-4500-5500-uconnect-8-4a-vp3-ra3-na-radio-infotainment-module  |

5

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by Uconnect*

| Claim 1 | |
|---|---|
| a service information memory configured to store service information so that predetermined functions can be performed with the target communication terminal; |  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by Uconnect*

| Claim 1 | |
|---|---|
| a communication control information designating module configured to designate, by a user of the communication device, communication conditions for a newly established radio communication connection with the target communication terminal | https://electronics360.globalspec.com/article/2146/teardown-the-chrysler-uconnect-touch-infotainment-platform   Source: UCONNECT 4C/4C NAV Manual page 60<br>5. Uconnect Phone will display an in process screen while the system is connecting.<br>6. When the pairing process has successfully completed, the system will prompt you to choose whether or not this is your favorite phone. Selecting "Yes" will make this phone the highest priority. This phone will take precedence over other paired phones within range.<br>**NOTE:** For phones which are not made a favorite, the phone priority is determined by the order in which it was paired. The latest phone paired will have the higher priority. |

7

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by Uconnect*

| Claim 1 | |
|---|---|
| or for discriminating a disconnection of an existing radio communication connection with the target communication terminal; | Source: http://keriblog.com/tag/pair-phone-to-car/  |

8

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by Uconnect*

| Claim 1 | |
|---|---|
| a memory configured to store the communication conditions designated by the communication control information designating module; and | Source: https://www.mideast.ramtrucks.com/en/uconnect/features/phone.html  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by Uconnect*

| Claim 1 | |
|---|---|
| a communication control module configured to determine whether the radio communication connection with the target communication terminal is in a connection status | Source: https://www.mideast.ramtrucks.com/en/uconnect/features/phone.html  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by Uconnect*

| Claim 1 | |
|---|---|
| or a disconnection status based on the communication controlling information stored in the memory | Source: http://keriblog.com/tag/pair-phone-to-car/  Source: manual |

11

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 7,184,707 by Uconnect*

| Claim 1 | |
|---|---|
| and performing communication through the radio communication module by using service information read from the service information memory in accordance with the determination result. | Source: UCONNECT 4C/4C NAV Manual<br>    Page 39<br> |