Case 2:20-cv-10023-LVP-EAS   ECF No. 1-11   filed 01/06/20   PageID.166   Page 1 of 16

# EXHIBIT 10

# US Patent 6,885,643 Chrysler Uconnect Hotspot
# (using 802.11 Wi-Fi)



IEEE Std 802.11™-2012
(Revision of IEEE Std 802.11-2007)

**IEEE Standard for Information technology—**
Telecommunications and information exchange between systems
Local and metropolitan area networks—
Specific requirements

**Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications**

Sponsor
LAN/MAN Standards Committee
of the
IEEE Computer Society

**4G Wi-Fi Hotspot**

**Create A 4G Wi-Fi Hotspot For Use In Your Vehicle**

**Description**

4G Wi-Fi Hotspot is an in-vehicle service that connects your device to the AT&T LTE (voice/data) or 4G (data) network that is ready to go where ever you are. After you've made your purchase, turn on your device's Wi-Fi and connect your devices.

1. A terminal device for control of data between communicating entities on a network via a wireless link, comprising:

an interface section for performing sending and receiving of packets with a remote communicating entity;

a link setting section for setting a link for control and for data transfer with the remote communicating entity;

a wireless link information acquisition section for acquiring wireless link information indicating the condition of a wireless link between said terminal device the remote communicating entity in the network at the time of setting the link, and for updating the wireless link information acquired at the time of setting the link by the current dynamically acquired wireless link information, the wireless link information including at least transmittable bandwidth information;

a wireless link information storage section for storing the acquired or updated wireless link information as Descriptor information referable by the remote communicating entity; and

an application section for, based on the wireless link information stored in the wireless link information storage section, determining whether or not data can be transferred and, if data transfer is possible, changing a transmission rate for transfer of data with the remote communicating entity, in accordance with the wireless link information.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | | |
|---|---|---|
| A **terminal device for control of data between** communicating entities on a network via a wireless link, comprising: | Source: https://www.youtube.com/watch?v=csz-wlVyMYU <br><br> "Uconnect Access WiFi Activation Video" <br><br>  | https://www.factoryradioparts.com/products/2013-2014-2015-2016-2017-2018-uconnect-with-8-4inch-touch-screen-vp4-ra4-na-radio <br><br>  <br><br>  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | | |
|---|---|---|
| A terminal device for control of data between communicating entities on a network via a wireless link, comprising: | Source: https://www.factoryradioparts.com/products/2013-2014-2015-2016-jeep-grand-cherokee-summit-trailhawk-srt-latitude-ram-1500-2500-3500-4500-5500-uconnect-8-4a-vp3-ra3-na-radio-infotainment-module  {Note: Plug shown above is for wireless antenna} | Source: https://www.youtube.com/watch?v=csz-wlVyMYU "Uconnect Access WiFi Activation Video"  |

4

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | |
|---|---|
| A <span style="color:red">terminal device for control of data between</span> <span style="color:green">communicating entities on a network via a wireless link</span>, comprising: | Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications<br><br>PART 11: WIRELESS LAN MAC AND PHY SPECIFICATIONS     IEEE Std 802.11-2012<br><br>Figure 4-11 combines the components from previous figures with both types of services to show the complete IEEE 802.11 architecture.<br><br>Figure 4-11—Complete IEEE 802.11 architecture |

5

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | |
|---|---|
| an interface section for performing sending and receiving of packets with a remote communicating entity; | Source: Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications<br><br>*{e.g. phone}*     *{Uconnect Hotspot}*<br><br>Figure 4-17—Establishing the IEEE 802.11 association<br><br>Note: "AP STA" is access point/router and "STA" is attaching device, WiFi Client, smartphone, etc. |

6

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | |
|---|---|
| <span style="color:red">a link setting section</span> for setting a link for control and for data transfer with <span style="color:green">the remote communicating entity</span>; | Source: https://www.cleartosend.net/cts-047-troubleshooting-wifi-wireshark/  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | |
|---|---|
| <span style="color:red">a wireless link information acquisition section for acquiring wireless link information</span> indicating the condition of a wireless link between said terminal device the remote communicating entity in the network | Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications<br><br>IEEE Std 802.11-2012 — LOCAL AND METROPOLITAN AREA NETWORKS—SPECIFIC REQUIREMENTS<br><br>Figure 6-3—Measurement request—accepted |

8

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | |
|---|---|
| at the time of setting the link, | Source: https://www.cleartosend.net/cts-047-troubleshooting-wifi-wireshark/<br><br>```
No.  Time            Source             Destination        Length Info
  1  07:11:58.066   d8:bb:2c:1b:4f:05  ff:ff:ff:ff:ff:ff     151 Probe Request, SN=891, FN=0, Flags=........C, SSID=TEST
  2  07:11:58.067   0c:68:03:d6:88:78  d8:bb:2c:1b:4f:05     263 Probe Response, SN=2134, FN=0, Flags=....R...C, BI=102,
▶ Frame 1: 151 bytes on wire (1208 bits), 151 bytes captured (1208 bits)
▼ Radiotap Header v0, Length 25
    Header revision: 0
    Header pad: 0
    Header length: 25
  ▶ Present flags
    MAC timestamp: 909104562
  ▶ Flags: 0x12
    Data Rate: 6.0 Mb/s
    Channel frequency: 5240 [A 48]
  ▶ Channel flags: 0x0140, Orthogonal Frequency-Division Multiplexing (OFDM), 5 GHz spectrum
    SSI Signal: -40 dBm
    SSI Noise: -95 dBm
    Antenna: 1
▶ 802.11 radio information
▼ IEEE 802.11 Probe Request, Flags: ........C
    Type/Subtype: Probe Request (0x0004)
  ▶ Frame Control Field: 0x4000
    .000 0000 0000 0000 = Duration: 0 microseconds
    Receiver address: ff:ff:ff:ff:ff:ff
    Destination address: ff:ff:ff:ff:ff:ff
    Transmitter address: d8:bb:2c:1b:4f:05
    Source address: d8:bb:2c:1b:4f:05
    BSS Id: ff:ff:ff:ff:ff:ff
    .... .... .... 0000 = Fragment number: 0
    0011 0111 1011 .... = Sequence number: 891
  ▶ Frame check sequence: 0x6528f9cd [correct]
▼ IEEE 802.11 wireless LAN management frame
  ▼ Tagged parameters (98 bytes)
    ▶ Tag: SSID parameter set: TEST
    ▶ Tag: Supported Rates 6, 9, 12, 18, 24, 36, 48, 54, [Mbit/sec]
    ▶ Tag: HT Capabilities (802.11n D1.10)
    ▶ Tag: Extended Capabilities (8 octets)
    ▶ Tag: Interworking
    ▶ Tag: VHT Capabilities (IEEE Std 802.11ac/D3.1)
    ▶ Tag: Vendor Specific: 00:50:f2: Unknown 8
    ▶ Tag: Vendor Specific: 00:10:18
``` |

9

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | |
|---|---|
| and **for updating the wireless link information** acquired at the time of setting the link by the current dynamically acquired wireless link information, | Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications<br><br>**Table 6-7—ESS Link Parameter Set**<br><br>| Name | Type | Valid range | Description |<br>|---|---|---|---|<br>| PeakOperationalRate | Integer | As defined in 8.4.2.3 | The integer representing the desired peak modulation data rate used for data frame transmission. |<br>| MinimumOperationalRate | Integer | As defined in 8.4.2.3 | The integer encoding of the desired minimum modulation data rate used in data frame transmission. |<br>| NetworkDowntimeInterval | Integer | 0 – 65 535 | Desired advance warning time interval, in TUs, for MSGCF-ESS-Link-Going-Down events. |<br>| DataFrameRSSI | Integer | –100 to 40 | The received signal strength in dBm of received Data frames from the network. This may be time-averaged over recent history by a vendor-specific smoothing function. |<br>| BeaconRSSI | Integer | –100 to 40 | The received signal strength in dBm of Beacon frames received on the channel. This may be time-averaged over recent history by a vendor-specific smoothing function. |<br>| BeaconSNR | Integer | 0–100 | The signal to noise ratio of the received data frames, in dB. This may be time-averaged over recent history by a vendor-specific smoothing function. |<br>| DataFrameSNR | Integer | 0–100 | The signal to noise ratio of the received Beacon frames, in dB. This may be time-averaged over recent history by a vendor-specific smoothing function. |<br>| DataThroughput | Integer | 0 – 65 535 | The data throughput in megabits per second, rounded to the nearest megabit. This may be time-averaged over recent history by a vendor-specific smoothing function. | |

10

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | |
|---|---|
| the wireless link information **including at least transmittable bandwidth information**; | Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications<br><br>**Table 6-7—ESS Link Parameter Set**<br><br>| Name | Type | Valid range | Description |<br>|---|---|---|---|<br>| PeakOperationalRate | Integer | As defined in 8.4.2.3 | The integer representing the desired peak modulation data rate used for data frame transmission. |<br>| MinimumOperationalRate | Integer | As defined in 8.4.2.3 | The integer encoding of the desired minimum modulation data rate used in data frame transmission. |<br>| NetworkDowntimeInterval | Integer | 0 – 65 535 | Desired advance warning time interval, in TUs, for MSGCF-ESS-Link-Going-Down events. |<br>| DataFrameRSSI | Integer | −100 to 40 | The received signal strength in dBm of received Data frames from the network. This may be time-averaged over recent history by a vendor-specific smoothing function. |<br>| BeaconRSSI | Integer | −100 to 40 | The received signal strength in dBm of Beacon frames received on the channel. This may be time-averaged over recent history by a vendor-specific smoothing function. |<br>| BeaconSNR | Integer | 0–100 | The signal to noise ratio of the received data frames, in dB. This may be time-averaged over recent history by a vendor-specific smoothing function. |<br>| DataFrameSNR | Integer | 0–100 | The signal to noise ratio of the received Beacon frames, in dB. This may be time-averaged over recent history by a vendor-specific smoothing function. |<br>| **DataThroughput** | **Integer** | **0 – 65 535** | **The data throughput in megabits per second, rounded to the nearest megabit. This may be time-averaged over recent history by a vendor-specific smoothing function.** |

11

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | |
|---|---|
| a <span style="color:red">wireless link information storage section for storing the acquired or updated wireless link information</span> as Descriptor information <span style="color:green">referable by the remote communicating entity</span>; and | Source: IEEE Std 802.11™-2012: Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications  Figure 6-3—Measurement request—accepted |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | |
|---|---|
| an **application section** for, based on the wireless link information stored in the wireless link information storage section, determining whether or not data can be transferred | Source: https://www.factoryradioparts.com/products/2013-2014-2015-2016-jeep-grand-cherokee-summit-trailhawk-srt-latitude-ram-1500-2500-3500-4500-5500-uconnect-8-4a-vp3-ra3-na-radio-infotainment-module  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | |
|---|---|
| an application section for, based on the wireless link information stored in the wireless link information storage section, determining whether or not data can be transferred | Source: "Wi-Fi SNR to MCS Data Rate Mapping Reference," Revolution Wi-Fi, September 27, 2014. https://drive.google.com/open?id=1TBUzWUG758_HJLcH1sjLeNjDgjtX50hP<br><br>MCS is "Modulation and Coding Scheme"<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,885,643 by Uconnect*

| Claim 1 | |
|---|---|
| if data transfer is possible, changing a transmission rate for transfer of data with the remote communicating entity, in accordance with the wireless link information. | Source: https://drive.google.com/open?id=1TBUzWUG758_HJLcH1sjLeNjDgjtX50hP  |